IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRANCIS AKINRO | * | |
| Plaintiff | | |
| v. | * | CIVIL ACTION NO. AMD-07-1450 |
| CATHERINE C. BLAKE | * | |
| Defendant | | |
| | *** | |

MEMORANDUM

Plaintiff, a resident of Baltimore, Maryland, filed this action against United States District Judge Catherine C. Blake on May 30, 2007. Affording the pro se complaint a generous construction, plaintiff challenges Judge Blake's prior decisions dismissing his cases. He seemingly requests that those decisions be vacated. Because plaintiff appears indigent, his motion to proceed in forma pauperis shall be granted. His complaint shall, however, be dismissed.

Insofar as plaintiff seeks to reverse prior decisions of this court, the appropriate route is through an appeal.[1] Further, federal judges possess absolute judicial immunity from liability for monetary damages and for injunctive relief for their judicial duties conducted within their jurisdiction. *See Tinsley v. Widener*, 150 F.Supp.2d 7, 11 (D. D.C. 2001); *Mehdipour v. Purcell*, 175 F.Supp.2d 1165, 1166 (W.D. Okla. 2001); *see also Bolin v. Story*, 225 F.3d 1234, 1240-1242 (11th Cir. 2000) (doctrine of absolute judicial immunity serves to protect federal judges from injunctive relief as well as money damages). The actions complained of here are protected under the immunity doctrine. Accordingly, the complaint shall be dismissed.

Filed: June 8, 2007

/s/
Andre M. Davis
United States District Judge

---

[1] It appears that plaintiff filed an appeal in all his cases. *See Akinro v. Morgan State*, Civil Action No. CCB-01-862 (D. Md.); *Akinro v. State,* Civil Action No. CCB-01-1607 (D. Md.); *Akinro v. Gbenga, et al.*, Civil Action No. CCB-01-4188 (D. Md.); *Akinro v. Maher,* Civil Action No. CCB-02-555 (D.Md.); *Akinro v. Secretary of Dep't of Health and Human Services*, Civil Action No. CCB-02-556 (D. Md.); and , *Akinro v. Dep't of Homeland Security,* Civil Action No. CCB-06-273 (D. Md.). The Fourth Circuit affirmed in each.